JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlaw.com
HAMMONDLAW, P.C.
1829 Reisterstown Rd. Suite 410
Baltimore, MD 21208
Tel:  (310) 601-6766
Fax: (310) 295-2385

LAURA L. Ho (SBN 173179)
lho@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:  (510) 763-9800
Fax: (510) 835-1417

*Attorneys for Plaintiff and Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ALEJANDRO GUTIERREZ, individually and on behalf of all other similar situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>FRIENDFINDER Networks, Inc., a Delaware Corporation,<br><br>    Defendant. | Case No.: 5:18-CV-05918<br><br>**[PROPOSED] ORDER DISMISSING THE ACTION** |

**[PROPOSED] ORDER DISMISSING THE ACTION**

On May 3, 2019, the Court granted Defendant Friendfinder Networks, Inc.'s Motion to Compel Arbitration and stayed this action pending the Arbitrator's determination of arbitrability of the claims asserted in the Complaint. The Court indicated that if the claims were determined by the Arbitrator to be arbitrable, then the Court would dismiss this action.

On January 8, 2020, the Arbitrator issued his ruling finding that Plaintiff's claim for public injunctive relief is indeed arbitrable. Plaintiff does not dispute arbitrability of his other claims. Accordingly, this Court hereby DISMISSES this action so that the merits of Plaintiff's claims can proceed with the Arbitrator.

January 13, 2020
Dated

*Beth Labson Freeman*
Hon. Beth L. Freeman